

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-5-2006

# Doeblers PA Hybrids v. Doebler

Precedential or Non-Precedential: Precedential

Docket No. 04-3848

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Doeblers PA Hybrids v. Doebler" (2006). *2006 Decisions*. Paper 1009.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1009

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-3848

———

DOEBLERS' PENNSYLVANIA HYBRIDS, INC.

v.

TAYLOR DOEBLER, III, an individual;
DOEBLER SEEDS LLC d/b/a T.A. Doebler Seeds,

Defendants/Third-Party Plaintiffs

v.

WILLARD L. JONES;
WILLIAM R. CAMERER, III,

Third-Party Defendants

Taylor Doebler, III, an individual, and
Doebler Seeds LLC d/b/a T.A. Doebler Seeds,

Appellants

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 03-cv-01079)
District Judge:  Honorable James F. McClure, Jr.

———

Argued June 30, 2005
Before:  NYGAARD,[*] SMITH, and FISHER, *Circuit Judges*.

## SECOND ORDER AMENDING OPINION

IT IS HEREBY ORDERED that the opinion in the above case, filed March 23, 2006, be amended as follows:

Pages 49-50, the sentence following footnote 27, the phrase "the same variety name as defendants" is replaced with the phrase "the same variety name as plaintiff" so that the sentence reads, in pertinent part:

> "If defendants are *required* by the Federal Seed Act to use the same variety name as plaintiff when selling the same hybrid of corn seed . . . ."

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: May 5, 2006

---

[*]Judge Richard L. Nygaard assumed senior status on July 9, 2005.